■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER JEFFRIES, Appellant. [718 NYS2d 606] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Kohm, J.), rendered July 27, 1998, convicting him of burglary in the second degree, petit larceny, and criminal

mischief in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the prosecutor improperly used extrinsic documentary evidence to impeach his credibility on a collateral issue is not preserved for appellate review (*see, People v King,* 146 AD2d 714; *People v Johnson,* 144 AD2d 490). In any event, the contention is without merit, since the defendant opened the door when he testified on direct examination about the matters raised (*see, People v Chaitin,* 61 NY2d 683; *People v Marsh,* 248 AD2d 743; *People v Gordon,* 202 AD2d 166).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80). Santucci, J. P., Altman, Goldstein and McGinity, JJ., concur.